| | |
|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** |
| 2 | Abbas Kazerounian, Esq. (SBN: 249203) |
|   | ak@kazlg.com |
| 3 | Emily C. Beecham, Esq. (SBN: 315462) |
|   | emily@kazlg.com |
| 4 | 245 Fischer Avenue, Unit D1 |
| 5 | Costa Mesa, CA 92626 |
|   | Telephone: (800) 400-6808 |
| 6 | Facsimile: (800) 520-5523 |
| 7 | |
|   | **HYDE & SWIGART** |
| 8 | Joshua B. Swigart, Esq. (SBN: 225557) |
|   | josh@westcoastlitigation.com |
| 9 | 2221 Camino Del Rio South, Suite 101 |
|   | San Diego, CA 92108 |
| 10 | Telephone: (619) 233-7770 |
| 11 | Facsimile: (619) 297-1022 |
| 12 | |
|   | *Attorneys for Plaintiff,* |
| 13 | Gregory Montegna |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GREGORY MONTEGNA,** | **Case No.: 3:17-cv-00939-AJB-BLM** |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **OCWEN LOAN SERVICING, LLC,** | Assigned to: Hon. Anthony J. Battaglia |
| Defendant. | |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that a settlement has been reached in the above-captioned matter. Plaintiff respectfully requests that this Court vacate all pending hearing dates and allow the parties thirty (30) days to file dispositional papers. The parties anticipate prompt resolution of the settlement, and a Request for Dismissal is forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated:  March 5, 2018                             Respectfully Submitted,

**HYDE & SWIGART**

By:  */s Joshua B. Swigart*
       JOSHUA B. SWIGART, ESQ.
       *Attorney for Plaintiff*

**Case No.: 3:17-cv-00939-AJB-BLM**          1 of 1          *Montegna v. Ocwen Loan Servicing, LLC*
**NOTICE OF SETTLEMENT**