# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MONTEGNA,<br><br>       Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>       Defendant. | Case No.: 3:17-cv-00939-AJB-BLM<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO DISMISS ACTION**<br><br>**(DOC. NO. 50)** |

   IT IS HEREBY ORDERED, pursuant to the Joint Motion and Stipulation of Plaintiff Gregory Montegna and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

   1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

   2. The Parties are to bear their own fees and costs.

IT IS SO ORDERED.

Dated: July 2, 2018

　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　United States District Judge

17cv0939